UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GEORGE E. THOMAS,<br><br>                          Plaintiff,<br><br>   v.<br><br>CITY OF COLVILLE, a municipal corporation; COLVILLE CITY POLICE DEPARTMENT; REX NEWPORT; and JANE DOE,<br><br>                          Defendants. | NO: 13-CV-0120-TOR<br><br>ORDER OF DISMISAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation for Order of Dismissal (ECF No. 34). Pursuant to the parties' stipulation, the Court will dismiss this case with prejudice and without costs or attorney's fees to any party. Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  **IT IS HEREBY ORDERED**:

2    Pursuant to the parties' Stipulation for Order of Dismissal (ECF No. 34), all

3  claims and causes of action in this matter are **DISMISSED** with prejudice and

4  without costs or fees to any party.  All pending motions are **DENIED** as moot.

5    The District Court Executive is hereby directed to enter this Order, furnish

6  copies to counsel, and **CLOSE** the file.

7    **DATED** August 7, 2014.



　　　　　　　　　　　　　　　　THOMAS O. RICE
　　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2